# Exhibit A

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2026-03739 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mx. Hannah Webber (I go by Hudson) | | |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| | | |
| c/o Nathan C. Volheim, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 | | nvolheim@sulaimanlaw.com |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Brinker International, Inc. d/b/a Chili's Grill & Bar | 15+ | (847) 298-9031 |
| Street Address | City, State and ZIP Code | Email Address |
| 7140 Mannheim Rd | Rosemont, IL, 60018-3620 | carrie.gilmore@brinker.com |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| | 15+ | |
| Street Address | City, State and ZIP Code | Email Address |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 05/01/2025   Latest: 05/12/2025
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Hudson Webber (transgender male), was employed by Brinker International, Inc. d/b/a Chili's Grill & Bar as an Assistant Manager from on or about April 17, 2025, until on or about May 12, 2025, when I was unlawfully terminated on the basis of my sex, gender identity, and sexual orientation. I have also been subjected to sex, gender identity, and sexual orientation-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the sex, gender identity, and sexual orientation-based discrimination, harassment, and retaliation I was subjected to:

Prior to my termination, I was repeatedly called off from scheduled shifts by management. On one occasion, I was told not to report to work because a pipe had ruptured in the restaurant and no employees would be working that day. I later learned that this explanation was false and that the restaurant had, in fact, remained open and staffed. In reality, I was intentionally being excluded from work because management did not want me present.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01 / 29 / 2026
Date                Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

Doc ID: c1561406ecdb39e0645e031e487b73064d48192c

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:
[ ] FEPA
[X] EEOC

Agency(ies) Charge No(s):

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On or about May 12, 2025, I was contacted by the Store Manager, Martin Perez, and informed that my employment was being terminated. During this conversation, Mr. Perez explicitly stated that the reason for my termination was that my "personal values and lifestyle values" did not align with the restaurant and that Chili's would not be moving forward with my employment. This statement indirectly referenced my sex, gender identity, and sexual orientation.

I asked Mr. Perez if I could speak with someone else regarding this decision. He told me that he and the Regional Manager, Scott (last name unknown), had jointly made the decision and that it was final. I was also told that another employee at a different Chili's location would be contacted and terminated for the same reason, further demonstrating a pattern of discriminatory decision-making based on protected characteristics.

At the time I was hired, Chili's did not inquire about my sex, gender identity, or sexual orientation, and I did not disclose it during the hiring process. The decision to terminate me was made only after management became aware of my identity and expression. The stated reason for my termination had nothing to do with my job performance and was instead based on discriminatory views about my sex, gender identity, and sexual orientation.

As a result of Chili's actions, I suffered loss of employment, loss of income, emotional distress, and humiliation. Chili's conduct was intentional, discriminatory, and in reckless disregard of my protected rights.

Thus, I have been discriminated against and harassed because of my sex, gender identity, and sexual orientation and retaliated against for engaging in protected activity in violation of the Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01 / 29 / 2026
Date — Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

Doc ID: c1561406ecdb39e0645e031e487b73064d48192c